# Court of Appeals
# of the State of Georgia

ATLANTA,  December 14, 2016

*The Court of Appeals hereby passes the following order:*

## A17D0184. WILLIE BENNETT v. CITIMORTGAGE, INC.

In this dispossessory action brought by Citimortgage, Inc., against Willie Bennett, the magistrate court issued a writ of possession in favor of Citimortgage. Bennett filed a number of motions in the magistrate court, which were ultimately dismissed. Bennett then filed a petition for a writ of certiorari in the state court. On October 31, 2016, the state court denied Bennett's petition for certiorari. Bennett sought discretionary appeal of this order on November 30, 2016. We lack jurisdiction because Bennett's application is untimely.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter here is a dispossessory action. OCGA § 44-7-56 provides that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). Because Bennett's application was filed 30 days after the state court's October 31, 2016 order was entered, this application is

untimely. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, 12/14/2016*
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*